KLINEDINST PC
777 S. FIGUEROA ST., STE. 2800
LOS ANGELES, CALIFORNIA 90017

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>ACE RENT A CAR, INC.,<br><br>             Defendant. | Case No.<br>CV 12-04303 PSG (JEM)<br><br>**STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION** |
| ACE RENT A CAR RESERVATIONS, INC.,<br><br>             Counterclaimant,<br><br>      v.<br><br>PI-NET INTERNATIONAL, INC.,<br><br>             Counterdefendant. | Courtroom:      880- 8th Floor<br>Judge:           Philip S. Gutierrez<br>Magistrate Judge:    John E. McDermott<br>Complaint Filed:   May 17, 2012<br>Trial Date:      None set |

**IT IS HEREBY ORDERED,** good cause appearing, that terms of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information as agreed upon by the Parties in the above-consolidated

/ / /

- 1 -

1   action meets with the approval of the Court and that the Stipulated Protective

2   Order for Litigation Involving Patents, Highly Sensitive Confidential Information

3   is **GRANTED.**

4

5

6   DATED: December 6. 2012          /s/**JOHN E. MCDERMOTT**
                                     HON. JOHN E. McDERMOTT
7                                    UNITED STATES DISTRICT COURT
                                     CENTRAL DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
777 S. FIGUEROA ST., STE. 2800
LOS ANGELES, CALIFORNIA 90017

- 2 -
STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE
CONFIDENTIAL INFORMATION
CV 12-04303 PSG (JEM)