Hartford O. Brown, Bar No. 190507
Jeffrey R. Groendal, Bar No. 254097
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
hbrown@klinedinstlaw.com
jgroendal@klinedinstlaw.com

Attorneys for Defendant and Counterclaimant,
ACE RENT A CAR RESERVATIONS, INC.,
an Indiana corporation, erroneously sued as
ACE RENT A CAR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACE RENT A CAR, INC., <br><br> Defendant. <br><br> ACE RENT A CAR RESERVATIONS, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> PI-NET INTERNATIONAL, INC., <br><br> Counter-defendant. | Case No.   CV 12-04303 PSG (JEMx) <br><br> **DEFENDANT AND COUNTER-PLAINTIFF ACE RENT A CAR RESERVATION, INC.'S RESPONSE TO OSC RE: WHY CASES SHOULD NOT BE STAYED PENDING *INTER PARTES* REVIEW** <br><br> Courtroom:        880- 8th Floor <br> Judge:              Philip S. Gutierrez <br> Magistrate Judge: John E. McDermott <br> Complaint Filed:  May 17, 2012 <br> Trial Date:        June 24, 2014 |

Defendant and Counter-Plaintiff ACE RENT A CAR RESERVATIONS, INC., erroneously sued as ACE RENT A CAR, INC. ("ACE") hereby provides its response to the Court's Order to Show Cause Re: Why This Case Should Not Be Stayed (Docket No. 42, June 5, 2013)("OSC").

- 1 -

ACE believes this case should be stayed pending the resolution of the *inter partes* review of the Patents-in-Suit, filed by non-party SAP America, Inc. To that end, on May 29, 2013, ACE filed a Motion to Stay Pending *Inter Partes* Review (Docket Nos. 41, 41-1 through 41-8; May 29, 2013).

In light of same and the Court's recent order staying the cases *Pi-Net International, Inc. v. The Hertz Corporation, et al.*, CV 12-10012 PSG (JEMx); *Pi-Net International, Inc. v. Avis Budget Group, Inc., et al.*, CV 12-4036 PSG (JEMx); and, *Pi-Net International, Inc. v. Dollar Thrifty Automotive Group, Inc., et al.*, CV 12-4270 PSG (JEMx), ACE believes it is appropriate to stay this matter until resolution of the *inter partes* review.

*Respectfully Submitted*,

KLINEDINST PC

DATED: June 11. 2013         By:  /s/ Hartford O. Brown
                                  Hartford O. Brown
                                  Jeffrey R. Groendal
                                  Attorneys for Defendant and Counter-Plaintiff,
                                  ACE RENT A CAR RESERVATIONS, INC., an Indiana corporation, erroneously sued as ACE RENT A CAR, INC.

15570267v1

KLINEDINST PC
777 S. FIGUEROA ST., STE. 2800
LOS ANGELES, CALIFORNIA 90017